

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00037-CR

_____

MICHAEL JESSE NAJERA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 44,824-A

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Michael Jesse Najera appeals from his convictions of aggravated assault and aggravated assault on a public servant with a deadly weapon.[1]  Najera has filed a single brief in which he raises one issue common to both judgments of conviction.  In his sole point of error, Najera contends that the trial court egregiously erred when it failed to include in its jury charge an instruction on temporary insanity due to intoxication.

We addressed this issue in detail in our opinion of this date in Najera's appeal in cause number 06-16-00036-CR.  For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Bailey C. Moseley
Justice

Date Submitted:     November 30, 2016
Date Decided:       January 5, 2017

Do Not Publish

---

[1]Najera appeals his conviction for aggravated assault on a public servant with a deadly weapon in our cause number 06-16-00036-CR.

2